**JAMES M. BRANDEN, ESQ.**
ATTORNEY AT LAW
80 BAY STREET LANDING, SUITE 7J
STATEN ISLAND, NEW YORK 10301
(212) 286-0173
—
FACSIMILE (212) 481-8250

February 21, 2025

```
Clerk of the Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, NY 10007

Re:   United States v. Markell Williams,
      Docket No. 24-3150

Dear Clerk:

    I represent Mr. Williams, appellant, in the above-
referenced matter. The Court approved the Auth-24 for the needed
District Court minutes and they have been ordered.  Upon receipt
of the needed minutes, I will notify the Court of the time I
seek to perfect the appeal.


                               Very truly yours,


                                      /s/
                               _____
                               James M. Branden
```